UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI CAO,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendant. | Case No. 4:24-cv-02666-HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME** |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including July 12, 2024 in which to respond to Plaintiff's Complaint.

**SO ORDERED**, this 17th day of June, 2024.

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge