United States District Court<br>Northern District of California

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  Kai Cao                        ,        Case No. 4:24-cv-02666-HSG
5         Plaintiff(s),
6     v.                                   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
7  Equifax Information Services I ,        (CIVIL LOCAL RULE 11-3)
8         Defendant(s).
9
10     I, Eric F. Barton, an active member in good standing of the bar of
11  the State of Georgia, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Equifax Information Services LLC in the
13  above-entitled action. My local co-counsel in this case is Alice M. Hodsden, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 340796.

16  1075 Peachtree St. NE # 2500, Atlanta GA 30309    601 S Figueroa St. Ste. 3300 Los Angeles, CA 90017
17  MY ADDRESS OF RECORD                              LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18  404-885-1500                                      213-270-9600
19  MY TELEPHONE # OF RECORD                          LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20  ebarton@seyfarth.com                              ahodsden@seyfarth.com
    MY EMAIL ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22     I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 040704.
24     A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26     I have been granted pro hac vice admission by the Court two (2) times in the 12 months
27  preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2024                                   Eric F. Barton
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Eric F. Barton  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/21/2024

_Haywood S. Gill Jr._
UNITED STATES DISTRICT JUDGE

I, Eric F. Barton, am a member in good standing of the bar of the following Courts:

| COURT | BAR NUMBER | DATE OF ADMISSION |
|---|---|---|
| Georgia State Courts | 040704 | May 17, 2004 |
| U.S.D.C. for the Middle District of Georgia | | May 17, 2004 |
| U.S.D.C. for the Northern District of Georgia | | May 17, 2004 |
| U.S.D.C. for the Southern District of Georgia | | June 27, 2019 |
| U.S.D.C. for the District of Colorado | | October 2, 2020 |
| U.S. Court of Appeals for the Third Circuit | | November 17, 2021 |
| U.S. Court of Appeals for the Eleventh Circuit | | March 1, 2019 |
| U.S. Court of Appeals for the Fourth Circuit | | December 21, 2023 |
| U.S. Court of Appeals for the Second Circuit | | March 6, 2024 |



# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

February 8, 2024

I hereby certify that Eric Fristedt Barton, Esq., was admitted on the 17th day of May, 2004, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk



**Lawyers Serving the Public and the Justice System**

Mr. Eric Fristedt Barton
Seyfarth Shaw LLP
1075 Peachtree Street NE Suite 2500
Atlanta, GA  30309
UNITED STATES

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 10/30/2003 |
| **BAR NUMBER:** | 040704 |
| **TODAY'S DATE:** | 07/30/2024 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435