UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAI CAO,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

Case No. 24-cv-02666-HSG

**SCHEDULING ORDER**

A case management conference was held on March 18, 2025. Having considered the parties' proposals, *see* Dkt. No. 37, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 16, 2025 |
| Close of Fact Discovery | August 15, 2025 |
| Exchange of Opening Expert Reports | August 29, 2025 |
| Exchange of Rebuttal Expert Reports | September 12, 2025 |
| Close of Expert Discovery | September 26, 2025 |
| Dispositive Motion Hearing Deadline | November 20, 2025, at 2:00 p.m. |
| Pretrial Conference | March 10, 2026, at 3:00 p.m. |
| Jury Trial (2 days) | March 23, 2026, at 8:30 a.m. |

//

//

//

//

      These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 3/19/2025

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge