UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kai Cao

                            Plaintiff(s)

v.

Equifax Information Services, LLC

                            Defendant(s)

CASE No C 4:24-cv-02666-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: October 10, 2025

Date: March 25, 2025       /s/ Lauren B. Veggian
                                Attorney for Plaintiff

Date: March 25, 2025       /s/ Jennifer Brooks
                                Attorney for Defendant

☒ X    IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 3/25/2025

*[Signature: Haywood S. Gilliam Jr.]*

U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on March 25, 2025, I electronically filed a true and correct copy of the foregoing STIPULATION TO ADR with the Clerk of the Court for the United States District Court of California for the Northern District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: March 25, 2025

THE CARDOZA LAW CORPORATION

BY: /s/ Lauren B. Veggian
Michael F. Cardoza, Esq.
Lauren B. Veggian, Esq.
Attorneys for Plaintiff
Kai Cao